IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Harvey, Larry | Case Number: 08 B 08539 |
| | Judge: Squires, John H |
| Printed: 11/04/08 | Filed: 4/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 910.00 | |
| Secured: | | 200.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 650.16 |
| Trustee Fee: | | 59.84 |
| Other Funds: | | 0.00 |
| Totals: | 910.00 | 910.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,824.00 | 650.16 |
| 2. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Wachovia Dealer Services | Secured | 1,448.03 | 200.00 |
| 5. | Wilshire Credit Corp | Secured | 35,000.00 | 0.00 |
| 6. | Internal Revenue Service | Priority | 5,161.46 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 19.61 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 57.16 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 134.88 | 0.00 |
| 10. | Key Bank USA National Association | Unsecured | 1,030.66 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 40.76 | 0.00 |
| 12. | Sallie Mae | Unsecured | 327.82 | 0.00 |
| 13. | Sallie Mae | Unsecured | 1,244.24 | 0.00 |
| 14. | Credit Recovery | Unsecured | 193.80 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 759.85 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 1,326.30 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 30.00 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 136.59 | 0.00 |
| 19. | Allied Interstate | Unsecured | | No Claim Filed |
| 20. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 21. | First Premier | Unsecured | | No Claim Filed |
| 22. | ER Solutions | Unsecured | | No Claim Filed |
| 23. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 24. | First Premier | Unsecured | | No Claim Filed |
| 25. | Meridian Financial Serv | Unsecured | | No Claim Filed |
| 26. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harvey, Larry

Printed: 11/04/08

Case Number: 08 B 08539
Judge: Squires, John H
Filed: 4/8/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Key Bank & Trust | Unsecured | | No Claim Filed |
| 28. | HSBC | Unsecured | | No Claim Filed |
| 29. | JJ Marshall & Assoc | Unsecured | | No Claim Filed |
| 30. | Meridian Financial Serv | Unsecured | | No Claim Filed |
| 31. | Nicor Gas | Unsecured | | No Claim Filed |
| 32. | Allied Interstate | Unsecured | | No Claim Filed |
| | | | $ 50,735.16 | $ 850.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 13.90 |
| 6.6% | 45.94 |
| | $ 59.84 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

